UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
JANE DOE 1,  :
                                          : Civil Action No.: 22-cv-00113
             Plaintiff,  :
                                          :
          v.  :
                                          : ~~PROPOSED~~ ORDER
MCADAM FINANCIAL GROUP LLC, and  :
CHARLES NORFLEET, in his individual and  :
professional capacity,  :
                                          :
             Defendants.  :
-------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/22

Upon good cause shown, the request of Plaintiff to proceed using the pseudonym "Jane Doe 1" is GRANTED.

January 13, 2022

_____
Hon. Alison J. Nathan

For the reasons stated in Plaintiff's memorandum of law in support of the motion to proceed anonymously pursuant to FRCP Rule 10(a), the motion is GRANTED. SO ORDERED.