```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
JANE DOE 1,                                                     :
                                                                :
                                           Plaintiff,           :      1:22-cv-00113-GHW
                                                                :
                        -v -                                    :           ORDER
                                                                :
MCADAM FINANCIAL GROUP LLC,                                     :
CHARLES NORFLEET, and CHARLES                                   :
NORFLEET                                                        :
                                                                :
                                           Defendants.          :
                                                                :
--------------------------------------------------------------- X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 4/11/2022 |

GREGORY H. WOODS, United States District Judge:

This case has been reassigned to Judge Gregory H. Woods. Counsel are directed to review and comply with the Court's Individual Rules of Practice in Civil Cases (available at the Court's website, https://nysd.uscourts.gov/hon-gregory-h-woods).

SO ORDERED.

Dated: April 11, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge