**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| JANE DOE 1,<br><br>Plaintiff,<br><br>v.<br><br>MCADAM FINANCIAL GROUP LLC, and CHARLES NORFLEET, in his individual and professional capacity,<br><br>Defendants. | : | Case No.: 1:22-cv-11361-PBS |

**NOTICE OF MOTION TO COMPEL DEFENDANT MCADAM FINANCIAL GROUP LLC TO PRODUCE RELEVANT DOCUMENTS AND INFORMATION**

**PLEASE TAKE NOTICE** that upon the annexed memorandum of law, dated March 10, 2023, Plaintiff Jane Doe 1 will move this Court at the United States District Court, District of Massachusetts, located at 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210 for an Order pursuant to CPLR § 3124 granting Plaintiff's Motion to Compel Defendant McAdam Financial Group LLC to produce documents and information.

Dated: March 10, 2023
New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: ______________________
Jeanne M. Christensen
Kassandra Vazquez

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
jchristensen@wigdorlaw.com
kvazquez@wigdorlaw.com
*Counsel for Plaintiff*