**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

-------------------------------------------------------- X

JANE DOE 1,

Plaintiff,

v.

MCADAM FINANCIAL GROUP LLC, and CHARLES NORFLEET, in his individual and professional capacity,

Defendants.

-------------------------------------------------------- X

Civil Action No.: 1:22-cv-1361-PBS

**DECLARATION OF JEANNE M. CHRISTENSEN IN SUPPORT OF PLAINTIFF'S**
**<u>MOTION TO COMPEL DISCOVERY</u>**

I, Jeanne M. Christensen, a partner at Wigdor LLP (Wigdor), represent Plaintiff Jane Doe 1 ("Ms. Doe" or "Plaintiff") in this action. As such, I am fully familiar with the facts and issues in this matter, and I hereby affirm under penalty of perjury pursuant to CPLR 2106, that the following is true and correct:

1. I make this Declaration in support of Plaintiff Jane Doe 1's motion to compel discovery to Defendant McAdam Financial Group, LLC ("McAdam," the "Company" or "Defendant").

2. Attached hereto as **Exhibit 1** is a true and accurate copy of the Complaint (Dkt. No. 1) filed by Plaintiff on January 6, 2022 in Southern District of New York.

3. Attached hereto as **Exhibit 2** is a true and accurate copy of Defendant's responses to Plaintiff's First Request for the Production of Documents.

4. Attached hereto as **Exhibit 3** is a true and accurate copy of Defendant's responses to Plaintiff's First Set of Interrogatories.

5. On January 25, 2023, counsel for Plaintiff sent correspondence to Counsel for Defendant McAdam addressing deficiencies outlined by Plaintiff.

6. On January 30, 2023, the parties virtually held a meet and confer.

7. Attached hereto as **Exhibit 4** is a true and accurate copy of Plaintiff's deficiency letter to McAdam, dated January 25, 2023.

8. On February 16, 2023, the parties met and conferred.

9. Attached hereto as **Exhibit 5** is a true and accurate copy of Plaintiff's second deficiency letter to Defendant McAdam dated February 17, 2023.

10. Attached hereto as **Exhibit 6** is a true and accurate copy of Defendant's response to Plaintiff's letter, dated March 2, 2023.

Dated: March 10, 2023
New York, New York

Jeanne M. Christensen