**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANE DOE 1,<br><br>Plaintiff,<br>-against-<br><br>MCADAM FINANCIAL GROUP LLC;<br>CHARLES NORFLEET,<br><br>Defendants. | Case No.: 1:22-cv-11361-PBS |

**DEFENDANT MCADAM FINANCIAL GROUP LLC'S MOTION TO COMPEL COMPLIANCE WITH THE SUBPOENA ISSUED TO THE BOSTON POLICE DEPARTMENT**

Defendant McAdam Financial Group LLC, by and through its undersigned counsel, respectfully moves this Court to enter an order granting its Motion to Compel ("Motion") the Boston Police Department to comply with the subpoena requesting the production of any documents, videos, communications, or electronically stored information related to the police report filed by Plaintiff Jane Doe 1 against Defendant Charles Norfleet on or around August 11, 2021. In support of this Motion, Defendant McAdam Financial Group LLC relies upon the Memorandum of Law and exhibits attached thereto, all filed contemporaneously with this Motion and incorporated herein by reference.

Respectfully submitted,

Date: April 20, 2023

By: Stephanie Gantman Kaplan

Stephanie Gantman Kaplan, *pro hac vice*
Andrew T. Hambelton, BBO # 678214
BLANK ROME LLP
One Logan Square, 130 North 18th Street
Philadelphia, PA 19103
(215) 569-5381
Steph.kaplan@blankrome.com
Andrew.hambleton@blankrome.com
*Attorneys for Defendant McAdam Financial Group LLC*