Case 1:22-cv-11361-PBS Document 111-6 Filed 03/29/23 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANE DOE 1,<br><br>Plaintiff,<br>-against-<br><br>MCADAM FINANCIAL GROUP LLC;<br>CHARLES NORFLEET,<br><br>Defendants. | Case No.: 1:22-cv-11361-PBS |

**ORDER**

Upon consideration of Defendant McAdam Financial Group LLC's Motion to Compel Compliance with Subpoena Issued to the Boston Police Department and the accompanying Memorandum of Law and exhibits in Support thereof, and any responses thereto, the Motion is **GRANTED** and the Court **ORDERS** that the Boston Police Department produce all documents and information, including videos and other electronically stored records, as requested in the February 3, 2023 subpoena served on the Boston Police Department.

BY THE COURT:

/s/M. Page Kelley

~~Hon. Patti B. Saris, U.S.D.J.~~

M. Page Kelley, U.S.M.J.