**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANE DOE 1,<br><br>Plaintiff,<br>-against-<br><br>MCADAM FINANCIAL GROUP LLC;<br>CHARLES NORFLEET,<br><br>Defendants. | Case No.: 1:22-cv-11361-PBS |

**DEFENDANT MCADAM FINANCIAL GROUP LLC'S DISCOVERY STATUS REPORT AND REQUEST FOR A HEARING**

Defendant McAdam Financial Group LLC ("McAdam"), by and through the undersigned counsel, writes to update the Court on the status of outstanding discovery issues in this matter.

As the Court is aware, McAdam filed a Motion to Compel Plaintiff Jane Doe 1's ("Plaintiff") Discovery Responses (ECF No. 86) on February 24, 2023. The Court held a hearing on March 22, 2023 and ordered Plaintiff to produce her medical records and other documents responsive to McAdam's Requests for the Production of Documents ("Document Requests") (ECF No. 96). Thereafter, counsel for Plaintiff and McAdam have conferred on at least two occasions to discuss Plaintiff's response to McAdam's Document Requests in an attempt to come to agreement on a reasonable scope of documents that would satisfies Plaintiff's discovery obligations.

During the most recent meet and confer, on May 16, 2023, counsel for McAdam believed that the parties came to an agreement on the majority of McAdam's outstanding document requests. Immediately following the call, counsel for McAdam summarized their understanding of the documents Plaintiff would be producing in an email to counsel for Plaintiff. In response,

counsel for Plaintiff indicated that that McAdam's understanding of the agreement was incorrect and that she would follow-up to clarify. Plaintiff's counsel, however, has yet to do so or to produce any documents, despite numerous requests from McAdam.

To date, the following categories of documents have not been produced. All are key documents responsive to this Court's Order, McAdam's discovery requests, or information that Plaintiff is otherwise obligated under the Federal Rules of Civil Procedure to provide to the parties:

1. Plaintiff's medical records as ordered by the Court, specifically the treatment notes, treatment records, and billing records from:
    a. Plaintiff's pediatrician which Plaintiff's counsel confirmed she was in the process of obtaining but has not produced or provided any update on;
    b. Plaintiff's current therapist, or confirmation in writing that none exist; and
    c. The physician who is currently prescribing Plaintiff medication which Plaintiff's counsel confirmed she had obtained but has not produced or provided any update on;
2. All text messages Plaintiff sent or received on the dates of the alleged incident, June 25 and 26, 2021, other than those sent to or from McAdam financial advisors;
3. Plaintiff's credit card statements, Venmo records, receipts, invoices and any other documents showing expenditures incurred by Plaintiff on or related to the events of June 25 and 26, 2021; and
4. Addresses and telephone numbers for Plaintiff's two roommates and boyfriend on or around June 25 and 26, 2021, all of whom are identified in the documents produced by Plaintiff as individuals with discoverable information, but none of whom were included in her Rule 26 Initial Disclosures.

Given Plaintiff's persistent delinquency in producing basic categories of documents and information, McAdam respectfully requests that the Court schedule a hearing to resolve these and any other outstanding discovery disputes, so that the Parties can proceed with this case without any further delay.

Respectfully submitted,

Date: June 1, 2023

/s/ Stephanie Gantman Kaplan

Stephanie Gantman Kaplan, *pro hac vice*
Andrew T. Hambelton, BBO # 678214
BLANK ROME LLP
One Logan Square, 130 North 18th Street
Philadelphia, PA 19103
(215) 569-5381
Steph.kaplan@blankrome.com
Andrew.hambleton@blankrome.com
*Attorneys for Defendant McAdam Financial Group LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2023, I served the Discovery Status Report and Request for Follow up Court Conference by via ECF upon all counsel of record:

Stephanie Gantman Kaplan

Stephanie Gantman Kaplan, Esq.