# Exhibit 1

WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

April 4, 2023

**VIA EMAIL**

Stephanie Gantman Kaplan
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Re: Doe 1 v. McAdam Financial Group LLC, et al.;
Case No. 1:22-cv-11361-PBS

Dear Stephanie:

We write to supplement our document demands to McAdam Financial Group LLC ("McAdam" or the "Company") pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, and all other relevant provisions thereof. These supplemental requests should be read, interpreted and responded to in accordance with the instructions and definitions set forth in Plaintiff's initial document requests to McAdam, unless otherwise noted, as well as the Federal Rules of Civil Procedure and the Local Civil Rules for the District of Massachusetts. Plaintiff hereby requests that McAdam produce copies of any and/or all documents and electronically stored information in its possession, custody and/or control as requested herein to the offices of Wigdor LLP, within thirty (30) days of the service of these requests.

**Supplemental Requests**

(1) Produce all documents, communications, and/or ESI related to the eighteen (18) positions and titles listed on McAdam's website and represented as employee positions, including the descriptions of these positions/titles, and the functions or responsibilities of each, such eighteen positions as follows:

1. Vice President, Financial Advisor
2. Senior Manager, Financial Advisor
3. Senior Manager Team Lead, Financial Advisor
4. Financial Advisor
5. District Manager, Financial Advisor
6. Company Marketing Team Lead, Financial Advisor
7. Client Service Business Manager, Financial Advisor
8. Client Service Relationship Manager

WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

9. Client Development Specialist
10. Financial Advisor, Wealth Management Advisor
11. Senior Vice President, Certified Financial Planner™
12. Senior Vice President, Senior Advisor of Investment Management
13. Senior RIA Operations Specialist
14. Director of Trading and RIA Manager
15. Investment Director
16. Controller
17. Integrator, CCO
18. Senior Director of Operations

(2) Produce all documents, communications, and/or ESI related to the Company's YouTube Channel, that include the names of the persons responsible for the substantive content of the videos, and the creation and publication of the videos for McAdam (excluding the persons responsible for the technical work of filming, editing and video production), such videos include those offered to subscribers, and those that describe, portray or represent the "culture" at McAdam, as well as the functions and work performed in the various roles at the Company, as described in the subject videos, including but not limited to videos with the titles: Character of McAdam Financial; Impact at McAdam Financial; Growth at McAdam Financial; Independence at McAdam Financial; The Faces of McAdam Financial; and McAdam Financial Client Services, which are available at the following links:

- https://www.youtube.com/c/mcadamfa
- https://www.youtube.com/watch?v=z_oskbUECWI
- https://www.youtube.com/watch?v=jR5mOK4kpAQ
- https://www.youtube.com/watch?v=MqS5SW8bhf8

(3) Produce all documents, communications, and/or ESI related to the Company's YouTube Channel, that include the names of the persons who appear in the videos referenced in the document request (2) above, as well as the "advisors" referred to in this description: "What's it like to work at McAdam Financial? Watch this video to get a first-hand perspective from advisors on what the culture at McAdam Financial is all about. Check out the McAdam Financial careers page on our website and you could be the next member of the team." This statement appears in connection with the video about the Company's "Character," as set forth on YouTube.

(4) Produce all documents, communications, and/or ESI related to McAdam's recent job listing for a Client Service Relationship Manager that is available for an individual to work on a U.S. wide basis, remotely, and include the descriptions of this position/title, the functions or responsibilities of the

WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

position, and any documents that show the name of the persons responsible for drafting the job description and monitoring the 52 applicants, as shown online.[1]

(5) Produce all documents, communications, and/or ESI related to the persons and the job descriptions for those who evaluate and hire the "talent" at McAdam, as described in numerous job postings, and on YouTube, including by the references to, "meet the hiring team," internal recruiters, and a position/title at McAdam of "Experienced Talent Acquisition and Development Leader.

Regards,

Jeanne M. Christensen

---

[1] The posting is available at https://www.linkedin.com/jobs/view/3341366538/?refId=4l9A2nQIZ%2BNO7oHJMnK%2FSQ%3D%3D&trackingId=4l9A2nQIZ%2BNO7oHJMnK%2FSQ%3D%3D

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2023, I served the foregoing Supplemental Set of Requests for the Production of Documents by email upon the following counsel of record:

Stephanie Gantman Kaplan, *pro hac vice*
Andrew T. Hambelton, BBO # 678214
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
(215)569-5381
Steph.kaplan@blankrome.com
Andrew.hambleton@blankrome.com
*Attorneys for Defendant McAdam Financial Group LLC*

Jeanne M. Christensen, Esq.

**WIGDOR LLP**
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

April 6, 2023

**VIA EMAIL**

Stephanie Gantman Kaplan
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Re: Doe 1 v. McAdam Financial Group LLC, et al.;
Case No. 1:22-cv-11361-PBS

Dear Stephanie:

We write again to supplement our document demands to McAdam Financial Group LLC ("McAdam" or the "Company") pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, and all other relevant provisions thereof. These supplemental requests should be read, interpreted and responded to in accordance with the instructions and definitions set forth in Plaintiff's initial document requests to McAdam, unless otherwise noted, as well as the Federal Rules of Civil Procedure and the Local Civil Rules for the District of Massachusetts. Plaintiff hereby requests that McAdam produce copies of any and/or all documents and electronically stored information in its possession, custody and/or control as requested herein to the offices of Wigdor LLP, within thirty (30) days of the service of these requests.

**Supplemental Requests**

(1) For McAdam Financial Group LLC, (PA DOS ID 4612113) provide a copy of the statement that was due on or before July 31, 2022, to Pennsylvania's department of state (DOS).

(2) Provide a copy of McAdam Financial Group LLC's annual report filed in Massachusetts with the Corporations Division, Secretary of the Commonwealth for years 2020-2022.

(3) Provide all documents setting forth the membership interests in McAdam Financial Group LLC during the years 2020-2022.

(4) Provide all documents setting forth the membership interests in McAdam LLC during the years 2020-2022.

(5) Provide all documents setting forth the ownership percentages of McAdam Financial Group LLC, and the controlling agreements establishing the distributions of profits among Members of the LLC during the years 2020-2022.

(6) If Michael McAdam was the sole Member of McAdam Financial Group LLC, and elected to file returns as a sole proprietorship, during the years 2020-2022, provide the Schedule C to his tax returns for those years.

(7) If McAdam Financial Group LLC was taxed as a corporation during the years 2020-2022, provide Form 1120 of its tax returns for those years.

(8) For McAdam Financial Group LLC, provide annual income statements and balance sheets from 2020 through 2022.

(9) Provide all documents relating to affiliate entities of McAdam Financial Group LLC for the years 2020-2022.

(10) In connection with McADAM _000314, provide documentation showing the itemized fee invoices charged to Plaintiff for the amount of $4265.50.

(11) In connection with McADAM _000314, provide documentation showing the amounts deducted from any commissions or from Plaintiff's Line of Credit (LOC) documented at McADAM _000316-319, to make payments in the amount of $4265.50.

(12) In connection with McADAM _000316-319, show all documents associated in any way with Plaintiff's LOC in McAdam's possession.

(13) Provide copies of the errors and omissions insurance coverage that Plaintiff paid for during 2020-2021, as referenced in numerous documents produced by McAdam, including McADAM _000306 and 314.

(14) Produce all documents establishing the names of all financial advisors, agents or persons who received any portion of the commissions credited to Plaintiff as business written for McAdam Financial Group LLC, and the respective amounts received.

WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW



(15) Produce all documents establishing the amount of money received by Charles Norfleet in connection with any business written that involved Plaintiff, including but not limited to business written referenced at McAdam _0000083.

Regards,

Jeanne M. Christensen

WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW



**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2023, I served the foregoing Supplemental Set of Requests for the Production of Documents by email upon the following counsel of record:

Stephanie Gantman Kaplan, *pro hac vice*
Andrew T. Hambelton, BBO # 678214
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
(215)569-5381
Steph.kaplan@blankrome.com
Andrew.hambleton@blankrome.com
*Attorneys for Defendant McAdam Financial Group LLC*

Jeanne M. Christensen, Esq.